IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C. A. No. 21-425-JFB |
| | ) |
| AUROBINDO PHARMA LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendants Actavis Elizabeth LLC, Actavis LLC, and Teva Pharmaceuticals USA, Inc. to answer, move, or otherwise respond to plaintiff's complaint is extended through and including July 29, 2021.

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ Andrew E. Russell* |
| Daniel M. Silver (No. 4758) | John W. Shaw (No. 3362) |
| Alexandra M. Joyce (No. 6423) | Karen E. Keller (No. 4489) |
| Renaissance Centre | Andrew E. Russell (No. 5382) |
| MCCARTER & ENGLISH, LLP | David M. Fry (No. 5486) |
| 405 N. King Street 8th Floor | SHAW KELLER LLP |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 984-6331 | 1105 North Market Street, 12th Floor |
| dsilver@mccarter.com | Wilmington, DE 19801 |
| ajoyce@mccarter.com | (302) 298-0700 |
| *Attorney for Plaintiffs* | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | dfry@shawkeller.com |
| | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Actavis Elizabeth LLC, and Actavis LLC* |

Dated: July 2, 2021